**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  HENRY OWENS           §
                              §   Case No.: 10-35109
                              §
                              §
                              §
      Debtor(s)               §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/05/2010.

2) This case was confirmed on 02/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/28/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/27/2011.

5) The case was converted on 05/17/2012.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    23,100.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 25,880.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 25,880.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,877.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,377.96 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,255.46 |
| Attorney fees paid and disclosed by debtor | $ 1,622.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 3,820.00 | 3,802.32 | 3,802.32 | .00 | .00 |
| AMERICLEAN INC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| RBS CITIZENS | UNSECURED | 4,776.00 | 4,911.84 | 4,911.84 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,101.00 | 2,046.41 | 2,046.41 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 1,915.00 | 2,372.17 | 2,372.17 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 4,711.00 | 4,711.39 | 4,711.39 | .00 | .00 |
| AMERICAN HOME MORTGA | OTHER | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 943.09 | 943.09 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | 379.98 | 379.98 | .00 | .00 |
| AMERICAN HOME MORTGA | SECURED | 231,853.00 | .00 | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | 87,591.00 | .00 | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | 39,444.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 250,000.00 | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 11,396.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 211,958.00 | .00 | .00 | .00 | .00 |
| ODYSSEY CLUB UMBRELL | SECURED | 1,126.00 | 1,126.88 | 1,126.00 | 382.90 | .00 |
| BAYVIEW FINANCIAL | SECURED | 100,000.00 | .00 | .00 | .00 | .00 |
| BAYVIEW FINANCIAL | UNSECURED | 26,812.00 | NA | NA | .00 | .00 |
| GE MONEY BANK | SECURED | NA | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 6,194.56 | 6,194.56 | 131.68 | .00 |
| VW CREDIT | SECURED | 15,000.00 | 37,958.37 | 37,958.37 | 10,487.29 | 1,023.22 |
| VW CREDIT | UNSECURED | 25,762.00 | NA | NA | .00 | .00 |
| VW CREDIT | SECURED | 10,000.00 | 29,150.26 | 29,150.26 | 9,544.15 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VW CREDIT | UNSECURED | 22,082.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | SECURED | NA | .00 | .00 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 6,439.85 | 6,439.85 | 15.38 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 10,000.00 | 27,871.07 | 27,871.07 | .00 | .00 |
| NIPSCO | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,879.00 | 1,879.25 | 1,879.25 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,937.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 63.00 | 311.28 | 311.28 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 24,710.00 | 24,710.60 | 24,710.60 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 8,270.00 | 8,270.29 | 8,270.29 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 4,947.00 | 4,947.20 | 4,947.20 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 13,217.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,593.00 | 3,851.17 | 3,851.17 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,910.00 | 3,139.53 | 3,139.53 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 9,119.00 | 9,895.59 | 9,895.59 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,183.00 | 3,239.86 | 3,239.86 | .00 | .00 |
| GMAC | UNSECURED | 1,152.00 | 1,151.69 | 1,151.69 | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB LORD & TAYLOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 3,187.00 | 3,395.65 | 3,395.65 | .00 | .00 |
| CHASE BANK | UNSECURED | 643.00 | 656.49 | 656.49 | .00 | .00 |
| NICOR GAS | UNSECURED | 324.00 | 434.97 | 434.97 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,399.00 | 2,574.30 | 2,574.30 | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 3,702.00 | 3,908.50 | 3,908.50 | .00 | .00 |
| DANIEL J WINTER | PRIORITY | .00 | .00 | 1,877.50 | 1,877.50 | .00 |
| ARLENE ROOSEVELT NIC | OTHER | .00 | NA | NA | .00 | .00 |
| EXPECTED RENTER | OTHER | .00 | NA | NA | .00 | .00 |
| GERTIE LYNK | OTHER | .00 | NA | NA | .00 | .00 |
| JASMINE SYKES | OTHER | .00 | NA | NA | .00 | .00 |
| KIMBERLY BALEY | OTHER | .00 | NA | NA | .00 | .00 |
| LASHONDA SIMS | OTHER | .00 | NA | NA | .00 | .00 |
| LASUNDRIA HARRISON | OTHER | .00 | NA | NA | .00 | .00 |
| LATRICE POWELL | OTHER | .00 | NA | NA | .00 | .00 |
| TIFFANY BRIALS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN HOME MORTGA | SECURED | NA | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | .00 | 1,900.00 | 253.15 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | .00 | 1,900.00 | 253.15 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==========================================================================
| **Scheduled Creditors:**                                               |
|                                                                        |
| Creditor                Claim        Claim        Claim     Principal     Int.  |
|   Name          Class   Scheduled    Asserted     Allowed      Paid        Paid  |
|                                                                        |
|BAYVIEW FINANCIAL    SECURED         NA         .00      1,100.00         .00      .00 |
|HOMEQ SERVICING CORP SECURED        .00         .00        900.00      119.91      .00 |
|INTERNAL REVENUE SER SECURED         NA         .00           .00         .00      .00 |
|INTERNAL REVENUE SER PRIORITY        NA         .00           .00         .00      .00 |
|FAIRWAY TOWNHOME/ODY SECURED      977.07      977.07       977.07      413.71      .00 |
|JEFFERSON CAPITAL SY UNSECURED       .00      685.20       685.20         .00      .00 |
|PREMIER BANK CARD    UNSECURED       NA       482.55       482.55         .00      .00 |
|VILLAGE OF DOLTON    SECURED    2,452.00         .00     2,452.00         .00      .00 |
|VILLAGE OF DOLTON    UNSECURED  2,452.00          NA           NA         .00      .00 |
==========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | | | |
|---|---:|---:|---:|
| | Claim Allowed | Principal Paid | Int. Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 5,800.00 | 626.21 | .00 |
| Debt Secured by Vehicle | 67,108.63 | 20,031.44 | 1,023.22 |
| All Other Secured | 4,555.07 | 796.61 | .00 |
| **TOTAL SECURED:** | 77,463.70 | 21,454.26 | 1,023.22 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 133,206.80 | 147.06 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,255.46 |
| Disbursements to Creditors | $ | 22,624.54 |
| **TOTAL DISBURSEMENTS:** | $ | 25,880.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/26/2012                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**